# CITATION

| | |
|---|---|
| **LINDA WALL** | Case: 0188452 |
| Versus | Division: C |
| **DOLGENCORP LLC** | 32nd Judicial District Court<br>Parish of Terrebonne<br>State of Louisiana |

*A Resident of East Baton Rouge Parish*

TO: DOLGENCORP, LLC
    THROUGH ITS AGENT:
    CORPORATION SERVICE COMPANY
    FOR SERVICE OF PROCESS
    501 LOUISIANA AVENUE
    BATON ROUGE, LA 70802

**YOU ARE HEREBY SUMMONED** to comply with the demand of the **Original Petition for Damages**, filed on March 20, 2020, a true and faithful copy whereof accompanies this citation, or to make an appearance by filing an answer or other pleading thereto, in writing with the Clerk of Court at her office in the City of Houma, within fifteen (15) days after the service hereof;

Your failure to so comply will subject you to the penalty of having a default judgment rendered against you.

Witness my hand and official seal this 24th day of March, 2020.

*Theresa A. Robichaux, Clerk of Court*

BY: _____
      Deputy Clerk of Court

*Requested By:* **Mr. David W. Ardoin; 114 Laura Drive, Suite D, Thibodaux, LA 70301; (985) 446-3333**

*Returned and filed:*
_____

_____
*Deputy Clerk of Court*

**EXHIBIT A**

[ SERVICE ]

| LINDA WALL | * | STATE OF LOUISIANA |
|---|---|---|
| VERSUS NO. *188452* | * | PARISH OF TERREBONNE |
| DOLGENCORP, LLC | * | 32ND JUDICIAL DISTRICT COURT |

### PETITION FOR DAMAGES

TO THE HONORABLE, THE THIRTY-SECOND JUDICIAL DISTRICT COURT, SITTING IN AND FOR THE PARISH OF TERREBONNE, STATE OF LOUISIANA:

The petition of **LINDA WALL**, person of the full age of majority, resident of and domiciled in the Parish of Terrebonne, State of Louisiana, with respect, represents:

1.

The following party is made defendant herein:

A) **DOLGENCORP, LLC**, a Non-Louisiana corporation authorized to do and doing business in the State of Louisiana, having appointed Corporation Service Company, 501 Louisiana Avenue, Baton Rouge, Louisiana 70802 as its agent for service.

2.

On or about March 19, 2019, petitioner, Linda Wall, drove to and parked in the middle of the parking lot in one of defendant's stores located at 6439 Grand Caillou Road, Houma, Terrebonne Parish, Louisiana.

3.

At approximately the said time and place, as plaintiff, Linda Wall, got out of her car and took two steps when her shoe got hung up on a piece of wood that was sticking up out of the concrete and caused her to fall. There were no warning signs or anything to alert her as to the hazardous condition of the parking lot.

4.

Defendant, through its employees, knew or should have known about the dangerous condition of the parking lot but failed to warn petitioner.

5.

Petitioners aver that a cause of the incident and resulting injuries sued for herein was the fault of DOLGENCORP, LLC, which fault is particularized in the following, non-exclusive respects:

1

**JUAN W. PICKETT**
**JUDGE, DIVISION C**

1) Failing to maintain the premises in a reasonably safe condition for use by its business patrons;

2) Failing to warn of the existence of a dangerous condition which caused the incident;

3) Failing to warn patrons of the existence of wood sticking up out of the concrete in the parking lot, causing a dangerous condition to exist;

4) Failing to place warning signs to warn patrons of the existence of a dangerous condition;

5) Failure to adequately train their personnel on how to properly and routinely inspect the premises for unreasonable hazards such as that which caused the subject incident;

6) Failure to adequately train their personnel on how and where to place warning signs to warn patrons of the existence of a dangerous condition such as that which caused the subject incident;

7) Failure to adequately train their personnel on how to warn patrons of the existence of wood sticking up out of the concrete in the parking lot which causes dangerous conditions;

8) Failure, generally, to exercise the degree of care commensurate with the factual situation herein described; and

9) In committing any and all other acts or omissions of fault which will be shown and proven at the trial of the case.

6.

At the time of the incident sued on, there was in full force and effect a policy of general liability insurance issued by defendant, National Surety Corporation to and in favor of defendants, DOLGENCORP, LLC, which policy affords coverage for liability of the nature of that alleged herein and which policy inures to the benefit of the petitioner, thereby entitling them to maintain this direct action against the defendant insurer, and thereby also rendering the defendant insurer liable, jointly and in solido, with the other defendants, for damages as sued for herein.

7.

As a result of the incident described herein, petitioner, Linda Wall, sustained serious and permanent disabling injuries which have not resolved to date and which she believes to be permanent.

8.

Petitioner, Linda Wall, itemizes the damages which she is entitled to recover from defendants, in solido:

2

A) Past medical bills;

B) Future medical bills;

C) Past physical pain and suffering;

D) Future physical pain and suffering;

E) Past mental pain and suffering;

F) Future mental pain and suffering;

G) Past loss of wages;

H) Future loss of wages;

I) Loss of earnings capacity; and

J) Loss of enjoyment and quality of life, including any and all disability.

9.

At the time of the filing of this petition, the matter in controversy exceeds the amount specified in Code of Civil Procedure Article 1732(1) pertinent to jury trials.

10.

Amicable demand has been made to no avail.

**WHEREFORE**, petitioners pray that after all legal proceedings are had, there be judgment herein in favor of petitioner, **LINDA WALL**, and against the defendants, **DOLGENCORP, LLC**, for an amount consistent with the law and evidence, plus interest from the date judicial demand until paid and for all costs of these proceedings.

Petitioners further pray for all general and equitable relief.

RESPECTFULLY SUBMITTED:

ARDOIN, MCKOWEN & ORY, LLC
114 Laura Drive, Suite D
Thibodaux, Louisiana 70301
(985) 446-3333 Telephone
(985) 446-3300 Facsimile

_____
DAVID W. ARDOIN, Bar Roll No. 24282

A TRUE COPY OF THE ORIGINAL
CLERK'S OFFICE, HOUMA
LA. __MAR 2 4 2020__, 20____
BY _Alyson Self-Thompson_
    Deputy Clerk of Court

FILED
MAR 20 2020
_Rhonnw dury_
Deputy Clerk of Court
Parish of Terrebonne, LA

3

FAX FILING ___MAR 1 7 2020___

PLEASE SERVE:

**DOLGENCORP, LLC**
Through its agent for service
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, Louisiana 70802

| | | |
|---|---|---|
| LINDA WALL | * | STATE OF LOUISIANA |
| VERSUS NO. 188452 | * | PARISH OF TERREBONNE |
| DOLGENCORP, LLC | * | 32ND JUDICIAL DISTRICT COURT |

## REQUEST FOR WRITTEN NOTICE

TO THE HONORABLE THE THIRTY-SECOND JUDICIAL DISTRICT COURT, SITTING IN AND FOR THE PARISH OF TERREBONNE, STATE OF LOUISIANA:

Pursuant to Louisiana Code of Civil Procedure, Article 1572, the Honorable Clerk of Court of the Parish of Terrebonne is hereby requested to give the undersigned counsel written notice by mail at least ten (10) days in advance, of the date fixed for the trial or hearing of this cause, whether on exception, rule or on the merits.

The Honorable Clerk of Court for the Parish of Terrebonne is further requested to forward the undersigned counsel notice of any order or judgment rendered in this cause immediately upon entry of such order or judgment.

> ARDOIN, MCKOWEN & ORY, LLC
> 114 Laura Drive, Suite D
> Thibodaux, Louisiana 70301
> (985) 446-3333 Telephone
> (985) 446-3300 Facsimile
>
> DAVID W. ARDOIN, Bar Roll No. 24282

FILED
MAR 20 2020
Deputy Clerk of Court
Parish of Terrebonne, LA